# United States Court of Appeals
### For The District of Columbia Circuit
_____

No. 12-7111                                                September Term, 2012

1:08-cv-00705-JDB

Filed On: May 30, 2013 [1438447]

Trita Parsi and National Iranian American Council,

       Appellants

  v.

Daioleslam Seid Hassan,

       Appellee

## O R D E R

Upon consideration of the joint motion to set briefing schedule, it is

**ORDERED** that the motion be granted, and this case be returned to the court's active docket. The following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | August 15, 2013 |
| Appellee's Brief | October 15, 2013 |
| Appellants' Reply Brief | November 15, 2013 |
| Deferred Appendix | November 22, 2013 |
| Final Briefs | November 29, 2013 |

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Mark A. Butler
Deputy Clerk